UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jennifer Nicole Manley**                    **Docket No. 5:23-CR-00360M**

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jennifer Nicole Manley, who, upon an earlier plea of guilty to Health Care Fraud in violation of 18 U.S.C. § 1347, was sentenced by the Honorable Catherine C. Eagles, U. S. District Judge in the Middle District of North Carolina, on June 21, 2022, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jennifer Nicole Manley was released from custody on August 23, 2023, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On October 6, 2023, the Middle District of North Carolina was notified that the defendant committed criminal conduct. A Cognitive Behavioral condition was added. Transfer of Jurisdiction was requested.

On November 17, 2023, Transfer of Jurisdiction was completed, and the case was assigned to The Honorable Richard E. Myers II, Chief U.S. District Judge.

On June 11, 2024, Jurisdiction was transferred to the District of Maryland.

On July 17, 2025, Jurisdiction was transferred back to the Eastern District of North Carolina.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was originally ordered to pay a $100.00 special assessment and $68,217.80 in restitution. The special assessment was to be paid immediately, and payment of restitution was to be made in installments of $200.00 per month to begin 60 days after the defendant's release from prison. Since her release, she has been consistent payments; however, she has not been able to consistently make her required monthly court ordered payment of $200.00 due to her income. The defendant has completed a cash flow statement which confirms her limited monthly income. It is the recommendation of the probation office to reduce the defendant's payment obligation to the rate of $75.00 per month. The Probation Office believes this reduction will allow the defendant to maintain her monthly payments.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay any unpaid restitution in monthly installments of $75.00

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: July 18, 2025

## ORDER OF THE COURT

Considered and ordered this __21st__ day of ____July____, 2025 and ordered filed and made a part of the records in the above case.

Richard E. Myers, II